## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **GILBERT GALAN, JR.** <br> *Plaintiff,* | § § § § § | |
| v. | § § | **CIVIL ACTION NO. 2:17-CV-256** |
| **VALERO SERVICES, INC.** and <br> **VALERO ENERGY CORPORATION,** <br> *Defendants.* | § § § § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order (ECF No. XX), the Court enters final judgment dismissing this action with prejudice.

ORDERED this ___ day of _____, 2018.

_____
The Honorable Nelva Gonzales Ramos
United States District Court Judge