United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GILBERT GALAN, JR. *Plaintiff,* | § § § § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-256 |
| VALERO SERVICES, INC. and VALERO ENERGY CORPORATION, *Defendants.* | § § § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order (D.E. 64), the Court enters final judgment dismissing this action with prejudice.

ORDERED this ___ day of 11/7/18, 2018.

The Honorable Nelva Gonzales Ramos
United States District Court Judge